UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
JANNINE BLASH,
                                                               :
            Plaintiff,                    OPINION & ORDER
                                                               :
     -against-                             18 Civ. 2288 (GWG)
                                                               :
NANCY A. BERRYHILL, Acting Commissioner
of Social Security,                                            :

            Defendant.                                         :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     The judgment entered in this matter is vacated. The Clerk is directed to enter a new judgment remanding this case to the Commissioner for further proceedings --- specifically, to develop the record in light of the evidence of plaintiff's change in functioning in September 2016 and need for managed long-term care services beginning in October 2016 --- as set forth in the Mandate of the United States Court of Appeals for the Second Circuit filed in this case on July 9, 2020 (Docket # 24), pursuant to a summary order issued May 18, 2020.

So Ordered.

Dated: New York, New York
       July 13, 2020

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge