UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANNINE BLASH,

                        Plaintiff,                                 18 **CIVIL** 2288 (GWG)

        -v-                                               **JUDGMENT**

NANCY A. BERRYHILL, Acting Commissioner
of Social Security,

                        Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 13, 2020, judgment is entered remanding this case to the Commissioner for further proceedings --- specifically, to develop the record in light of the evidence of plaintiff's change in functioning in September 2016 and need for managed long-term care services beginning in October 2016 --- as set forth in the Mandate of the United States Court of Appeals for the Second Circuit filed in this case on July 9, 2020 (Docket # 24), pursuant to a summary order issued May 18, 2020.

**Dated:**  New York, New York
            July 13, 2020

                                                               **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                                          **BY:**
                                                                **Deputy Clerk**